IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
FEB - 8 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

NICOLE D. EVANS, on behalf of )
N.R.E. )
              )
    Plaintiff, )
              )
v.            )   CIVIL NO. 3:09CV191
              )
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
              )
    Defendant. )
_____)

# FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on January 20, 2010. The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (docket entry no. 9) is DENIED.

(3) Defendant's Motion for Summary Judgment (docket entry no. 12) is GRANTED.

(4) The decision of the Commissioner is AFFIRMED.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is so ORDERED.

Richmond, Virginia
Date: 2/8/10

/s/
James R. Spencer
Chief United States District Judge